UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ Division

CASE NO.

| | |
|---|---|
| KONA ICE, INC.<br>5945 Centennial Circle<br>Florence, Kentucky 41042<br><br>        Plaintiff,<br><br>v.<br><br>TIKIZ DEVELOPMENT GROUP, LLC<br>3235 NW 27th Terrace<br>Boca Raton, Florida 33434<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL**

Plaintiff Kona Ice, Inc. ("Kona Ice") complains against the Defendant Tikiz Development Group, LLC ("Tikiz") as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement and arises under the Patent Laws of the United States, Title 35, United States Code.

**THE PARTIES**

2. Kona Ice is a Kentucky corporation having its principal place of business at 5945 Centennial Circle, Florence, Kentucky 41042. Kona Ice offers frozen treats, including flavored shaved ice, through service vehicles, and it offers its products throughout the country through franchises.

1

3. Upon information and belief, Tikiz is a Florida Limited Liability Company, having a principal place of business at 3235 NW 27th Terrace, Boca Raton, Florida 33434. Upon further information and belief, Tikiz sells, owns, and operates, service vehicles through which it offers frozen treats, including flavored shaved ice. Tikiz has substantial and continuous contacts with this judicial district through its business activities.

## JURISDICTION AND VENUE

4. Federal question jurisdiction is conferred pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue in this Court is based upon 28 U.S.C. §§ 1391(b)-(c), and 1400(b).

## BACKGROUND FACTS

6. Kona Ice has, over the past several years, established a reputation as a supplier of frozen treats, including flavored shaved ice, in the United States. Kona Ice is represented through its franchisees in approximately 40 states.

7. The technology used by Kona Ice in its service vehicles, through which it offers frozen treats, including flavored shaved ice, is disclosed and claimed in United States Patent No. 8,157,136, entitled "Mobile Confectionary Apparatus With Protectible Dispensing System" ("the '136 patent"), which was duly and legally issued on April 17, 2012. A copy of the '136 patent is attached hereto as Exhibit 1.

8. Kona Ice is the owner by assignment of the '136 patent.

9. On information and belief, Tikiz has sold, and operates and owns, service vehicles through which it and others offer frozen treats, including flavored shaved ice ("Tikiz Service Vehicle").

## **COUNT I - INFRINGEMENT OF U.S. PATENT NO. 8,157,136**

10. The allegations of paragraphs 1-9 are incorporated herein by reference as though fully set forth herein.

11. Tikiz has infringed and continues to infringe the '136 patent by its sales, operation, and use of the Tikiz Service Vehicle, through which it and others offer frozen treats, including flavored shaved ice.

12. On information and belief, the acts of infringement complained of herein are being carried out willfully and with full knowledge by Tikiz of the '136 patent.

13. As a result of these actions by Tikiz, Kona Ice has suffered and continues to suffer substantial injury, including irreparable injury, and will result in damages to Kona Ice, including loss of sales and profits, which Kona Ice would have made but for the acts of infringement by Tikiz, unless Tikiz is enjoined by this Court.

WHEREFORE, Kona Ice prays for relief against Tikiz as follows:

A. That a judgment be entered that Tikiz has infringed, induced the infringement of, or contributed to the infringement of, United States Patent No. 8,157,136;

B. That Tikiz, its agents, sales representatives, servants and employees, associates, attorneys, parents, successors and assigns, and any and all persons or entities acting at, through, under or in active concert or participation with any or all of them, be enjoined and restrained preliminarily during the pendency of this action and thereafter permanently, from infringing United States Patent No. 8,157,136;

  C. That a judgment be entered that Tikiz be required to pay over to Kona Ice all damages sustained by Kona Ice due to such acts of infringement and that such damages be trebled pursuant to 35 U.S.C. § 284 for the willful acts of infringement complained of herein;

  D. That this case be adjudged and decreed exceptional under 35 U.S.C. § 285 entitling Kona Ice to an award of its reasonable attorney fees and that such reasonable attorney fees be awarded;

  E. That Kona Ice be awarded its costs and prejudgment interest on all damages; and

  F. That Kona Ice be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

  Plaintiff Kona Ice, Inc. hereby demands and requests trial by jury of all issues raised that are triable by jury.

                                          Respectfully submitted,

                                          KONA ICE, INC.

Dated: May 25, 2012                  /s Paul Aiello
                                          Paul Aiello, FBN 909033
                                          paiello@baclawfirm.com
                                          BENNETT AIELLO & COHEN
                                          The Ingraham Building, Suite 808
                                          25 Southeast Second Avenue
                                          Miami, Florida 33131-1603
                                          (305) 358-9011
                                          (305) 358-9012 (Facsimile)

OF COUNSEL:

Brett A. Schatz
Application to Appear *Pro Hac Vice* Pending
bschatz@whepatent.com
Trial Attorneys
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
(513) 241-2324
(513) 241-6234 Facsimile